FILED
2021 Oct-15 AM :07
U.S. DISTRICT COURT
N.D. OF ALABAMA



## HCS Face Covering Procedure
### (Pursuant to Policy 4.18)

- **Anyone Traveling in School Bus or any District Vehicle**
  - Face coverings to be worn by all persons (ages 2 and up) while in a school bus or any vehicle operated by the District
  - Per CDC Order, authorized by 42 U.S.C. 264(a) and 42 C.F.R. 70.2, 71.31(b), and 71.32(b)

- **Adults and Students in Grades 7 through 12**
  - Face coverings recommended for unvaccinated persons
  - Face coverings not required for fully vaccinated persons unless on a school bus or in a District vehicle

- **Students in Pre-K through 6th grade**
  - Must wear a face covering that covers both the nose and mouth at all times while at or inside any building, facility, or bus or other vehicle owned, leased or operated by the School Board, except as provided on the next slide.