
FILED
2021 Oct-15 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 3


