# Federal Emergency Aid for Public Education: Allocations to LEAs under ESSER & GEER

EXHIBIT 5

## ESSER — Allocations to LEAs in Alabama

Across all three federal laws (CARES, CRRSA, and ARP), SEAs must use at least 90 percent of their grant awards to make subgrants to LEAs in proportion to the amount of funds that each LEA received under Title I, Part A in the most recent fiscal year.

|  | minimum ALSDE distribution to LEAs |
|---|---|
| ESSER I Fund | $195,252,786 |
| ESSER II Fund | 809,518,439 |
| ARP ESSER Fund | 1,818,063,419 |
| Total, ESSER | $2,822,834,644 |

## GEER — Allocations to Alabama

Both the CARES Act and CRRSA Act provided funding to Governors through the Governor's Emergency Education Relief (GEER) Fund. The U.S. Department of Education is required to allocate 60 percent of the funds based on each state's relative population of individuals aged 5 through 24, and 40 percent based on each state's relative number of children counted under the Title I, Part A formula.

| GEER I Fund | $48,851,495 |
|---|---|
| GEER II Fund | 21,352,384 |
| Total, GEER | $70,203,879 |

GEER funds may be used by the Governor of Alabama in support of public elementary and secondary education, institutions of higher education (IHEs), or other education-related entities. A Governor has wide discretion in determining the entities in the State that will receive GEER funds. A Governor can choose to fund only LEAs, only IHEs, only education-related entities, or any combination of eligible entities.



nea | EDUCATING THROUGH CRISIS | EPP EDUCATION POLICY AND PRACTICE

Text all CARES Act

| District | 2019-20 Enrollment | ESSER | GEERF | Health and Wellness | Remote learning and devices | Total |
|---|---|---|---|---|---|---|
| Dekalb County | 8,719 | $2,910,701 | $629,916 | $839,028 | $1,198,612 | $5,578,257 |
| Demopolis City | 2,156 | $675,961 | $146,476 | $248,824 | $355,463 | $1,426,724 |
| Dothan City | 8,536 | $2,977,794 | $595,042 | $796,452 | $1,137,789 | $5,507,077 |
| Elba City | 604 | $226,346 | $42,732 | $122,169 | $174,528 | $565,775 |
| Elmore County | 11,191 | $1,997,043 | $773,678 | $1,014,540 | $1,449,342 | $5,234,603 |
| Enterprise City | 6,748 | $829,160 | $421,499 | $584,584 | $835,121 | $2,670,364 |
| Escambia County | 4,087 | $1,429,052 | $285,713 | $418,810 | $598,301 | $2,731,876 |
| Etowah County | 8,407 | $1,904,401 | $519,530 | $704,265 | $1,006,093 | $4,134,289 |
| Eufaula City | 5,573 | $964,598 | $419,519 | $582,167 | $831,667 | $2,797,951 |
| Fairfield City | 1,639 | $621,264 | $127,166 | $225,249 | $321,785 | $1,295,464 |
| Fayette County | 2,177 | $624,788 | $143,275 | $244,917 | $349,881 | $1,362,861 |
| Florence City | 4,466 | $1,181,810 | $287,967 | $421,562 | $602,232 | $2,493,571 |
| Fort Payne City | 3,255 | $713,450 | $221,680 | $340,637 | $486,624 | $1,762,391 |
| Franklin County | 3,561 | $904,251 | $264,729 | $393,192 | $561,703 | $2,123,875 |
| Gadsden City | 4,965 | $2,326,560 | $349,605 | $496,813 | $709,733 | $3,882,711 |
| Geneva City | 1,254 | $326,785 | $75,791 | $162,529 | $232,184 | $797,289 |
| Geneva County | 2,611 | $995,019 | $166,903 | $273,763 | $391,090 | $1,826,775 |
| Greene County | 964 | $864,032 | $75,989 | $162,771 | $232,530 | $1,335,322 |
| Gulf Shores City | 2,157 | $275,909 | $104,812 | $197,959 | $282,798 | $861,478 |
| Guntersville City | 1,802 | $330,026 | $115,374 | $210,853 | $301,219 | $957,472 |
| Hale County | 2,337 | $859,579 | $171,448 | $279,311 | $399,016 | $1,709,354 |
| Haleyville City | 1,575 | $348,310 | $107,709 | $201,495 | $287,850 | $945,364 |
| Hartselle City | 3,400 | $244,222 | $206,957 | $322,662 | $460,946 | $1,234,787 |
| Henry County | 2,456 | $658,795 | $172,318 | $280,373 | $400,533 | $1,512,019 |
| Homewood City | 4,201 | $277,670 | $235,562 | $357,584 | $510,834 | $1,381,650 |
| Hoover City | 13,861 | $866,069 | $811,376 | $1,060,563 | $1,515,089 | $4,253,097 |
| Houston County | 6,344 | $1,366,182 | $400,954 | $559,502 | $799,289 | $3,125,927 |
| Huntsville City | 22,995 | $6,496,409 | $1,481,447 | $1,878,613 | $2,683,734 | $12,540,203 |
| Jackson County | 5,030 | $1,225,886 | $322,652 | $463,907 | $662,724 | $2,675,169 |
| Jacksonville City | 1,602 | $448,629 | $95,749 | $186,894 | $266,992 | $998,264 |
| Jasper City | 2,663 | $547,925 | $187,661 | $299,104 | $427,292 | $1,461,982 |
| Jefferson County | 35,730 | $6,961,897 | $2,528,655 | $3,157,091 | $4,510,130 | $17,157,773 |
| LEAD Academy | 348 | $192,479 | $19,697 | $94,047 | $134,352 | $440,575 |
| Lamar County | 2,219 | $549,099 | $148,115 | $250,825 | $358,321 | $1,306,360 |
| Lanett City | 918 | $511,485 | $74,963 | $161,519 | $230,741 | $978,708 |
| Lauderdale County | 7,731 | $1,226,044 | $480,099 | $656,125 | $937,321 | $3,299,589 |
| Lawrence County | 4,503 | $1,111,977 | $309,032 | $447,280 | $638,971 | $2,507,260 |
| Lee County | 9,248 | $1,855,399 | $618,440 | $825,019 | $1,178,598 | $4,477,456 |
| Leeds City | 1,928 | $307,475 | $131,692 | $230,775 | $329,679 | $999,621 |
| Legacy Prep | 260 | $101,665 | $6,727 | $78,212 | $111,732 | $298,336 |
| Limestone County | 10,865 | $1,598,371 | $684,308 | $905,433 | $1,293,476 | $4,481,588 |
| Linden City | 468 | $319,028 | $36,847 | $114,984 | $164,264 | $635,123 |

| Entity | Amount 1 | Amount 2 |
|---|---:|---:|
| Dothan City | $11,208,757 | $382,078 |
| Elba City | $869,421 | $28,293 |
| Elmore County | $7,971,595 | $500,470 |
| Enterprise City | $3,709,932 | $288,448 |
| Escambia County | $7,142,962 | $181,426 |
| Etowah County | $8,042,591 | $363,109 |
| Eufaula City | $6,216,040 | $100,170 |
| Fairfield City | $2,473,793 | $70,035 |
| Fayette County | $2,525,066 | $95,615 |
| Florence City | $4,509,518 | $194,258 |
| Fort Payne City | $2,882,052 | $141,393 |
| Franklin County | $3,654,447 | $154,055 |
| Gadsden City | $9,590,048 | $225,034 |
| Geneva City | $1,849,576 | $55,850 |
| Geneva County | $4,287,221 | $113,214 |
| Greene County | $3,319,901 | $42,026 |
| Gulf Shores City | $1,104,284 | $88,926 |
| Guntersville City | $1,374,856 | $78,395 |
| Hale County | $3,678,699 | $101,293 |
| Haleyville City | $1,646,554 | $69,392 |
| Hartselle City | $986,972 | $149,806 |
| Henry County | $2,677,008 | $109,644 |
| Homewood City | $1,038,386 | $181,567 |
| Hoover City | $3,500,241 | $589,107 |
| Houston County | $5,154,207 | $271,106 |
| Huntsville City | $26,325,487 | $1,003,532 |
| i3 Academy | $1,115,145 | $23,358 |
| Jackson County | $4,952,249 | $216,467 |
| Jacksonville City | $1,672,361 | $70,135 |
| Jasper City | $2,213,260 | $114,906 |
| Jefferson County | $29,585,275 | $1,510,555 |
| Lamar County | $2,080,296 | $95,356 |
| Lanett City | $2,067,350 | $43,225 |
| Lauderdale County | $4,290,552 | $330,789 |
| Lawrence County | $4,974,381 | $198,276 |
| LEAD Academy | $699,739 | $20,171 |
| Lee County | $9,895,564 | $394,961 |
| Leeds City | $1,166,153 | $85,032 |
| Legacy Prep | $378,663 | $7,200 |
| Limestone County | $6,792,436 | $292,665 |
| Linden City | $1,288,662 | $21,067 |
| Lowndes County | $5,041,477 | $61,013 |
| Macon County | $4,620,805 | $82,819 |
| Madison City | $2,350,355 | $484,420 |
| Madison County | $9,327,029 | $806,783 |
| Marengo County | $2,558,770 | $41,980 |
| Marion County | $4,087,596 | $137,802 |