Case 5:21-cv-01369-MHH   Document 1-6   Filed 10/15/21   Page 1 of 2   FILED
2021 Oct-15 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit 6

# Frequently Asked Questions

## Elementary and Secondary School Emergency Relief Programs
## Governor's Emergency Education Relief Programs



**U.S. Department of Education**
Washington, D.C. 20202

**May 2021**

the LEA's website, within 30 days after receiving its allocation, a plan for the safe return to in-person instruction and continuity of services. Prior to making the plan publicly available, the LEA must seek public comment on the plan and take such comments into consideration when developing the plan. Under the interim final requirements, an LEA plan for safe return to in-person instruction and continuity of services must describe how the LEA will maintain the health and safety of students, educators, and other staff and the extent to which it has adopted policies, and a description of any such policies, on each of the prevention and mitigation strategies recommended by the CDC.[10] The plan must also describe how an LEA will ensure continuity of services, which must address students' academic needs and students' and staff social, emotional, mental health, and other needs, and which may include student health and food services. In addition, the LEA must regularly, but no less frequently than every six months (taking into consideration the timing of significant changes to CDC guidance on reopening schools), review and, as appropriate, revise its plan for the safe return to in-person instruction and continuity of services, and must seek and take public input into account in determining whether and what revisions are necessary. An LEA that developed a school reopening and continuity of services plan prior to the date of enactment of the ARP Act and that meets the above requirements for public comment will be deemed in compliance but, within no more than six months, the LEA must review and, if necessary, revise the plan to meet the requirements of the interim final requirements.

- **Reservation to Address the Academic Impact of Lost Instructional Time.** Section 2001(e)(1) of the ARP Act requires an LEA to reserve not less than 20 percent of its ARP ESSER allocation to address the academic impact of lost instructional time through the implementation of evidence-based interventions (e.g., providing intensive or high-dosage tutoring or accelerating learning; see FAQ A-10 for a definition of evidence-based), such as summer learning or summer enrichment, extended day, comprehensive after-school programs, or extended school year programs, and ensure that the interventions implemented respond to students' social, emotional, mental health, and academic needs and address the disproportionate impact of COVID-19 on students from low-income families, students of color, children with disabilities, English learners, migratory students, students experiencing homelessness, and children and youth in foster care. While ESSER I and ESSER II funds may also be used for these purposes, an LEA is not required to set aside a specific amount of ESSER I and ESSER II funds to address the academic impact of lost instructional time. Effective strategies to address the impact of lost instructional time are further described in Volume 2 of the Department's COVID-19 Handbook available at: https://www2.ed.gov/documents/coronavirus/reopening-2.pdf.

- **Maintenance of Equity for High-Poverty Schools.** Section 2004(c) of the ARP Act stipulates that an LEA, as a condition of receiving ARP ESSER funds, may not, in FY 2022 or 2023:
    o   Reduce the combined State and local per-pupil funding for any high-poverty school served by the LEA by an amount that exceeds the total reduction in LEA funding (from combined State and local funding), if any, for all schools served by the LEA in such

---

[10] Specifically, the LEA plan must address the extent to which it has adopted policies, and a description of any policies, on each of the CDC's recommendations on: universal and correct wearing of masks; modifying facilities to allow for physical distancing (e.g., use of cohorts/podding); handwashing and respiratory etiquette; cleaning and maintaining healthy facilities, including improving ventilation; contact tracing in combination with isolation and quarantine, in collaboration with the State, local, territorial, or Tribal health departments; diagnostic and screening testing; efforts to provide vaccinations to school communities; appropriate accommodations for students with disabilities with respect to health and safety policies; and coordination with State and local health officials.