FILED
2021 Oct-15 AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 8 

# HUNTSVILLE CITY SCHOOLS

Huntsville City Schools
Academic Support Plan

Addressing Learning Gaps
Resulting from COVID-19

In conjunction with the
Alabama State Department of Education *Road to Recovery Plan*
and Federal CARES Act/ESSER II funding

April 2021

# Federal CARES ACT and ESSER II Funding

The federal *Coronavirus Aid, Relief, and Economic Security (CARES) Act*, including *Elementary and Secondary Emergency Relief (ESSER II)* funding will provide K-12 schools funding opportunities to "rethink the way students access education." This funding will assist educational agencies with opportunities to make learning more accessible for all students, including students with disabilities, at-risk populations, language needs, and other challenges.

*ESSER II* funding will provide $891 million dollars to the State of Alabama to assist local school districts in addressing educational impacts of the COVID-19 pandemic. Huntsville City Schools (HCS) will be awarded $26 million dollars to address these impacts through Summer 2023. Funding will be used to address learning loss experienced nationwide as a result of the effects of Covid-19 pandemic. These federal monies will be used to provide instructional supports in English Language Arts (ELA), mathematics, and science content areas in the form of instructional materials, provision of effective professional development for our teachers, and to provide reading and math intervention and remediation initiatives that specifically target student learning loss experienced over the past twelve months.

A portion of the allocation may also be used to address certain facilities improvements that are directly aligned to improving the quality of the instructional environment such as indoor air quality, certain HVAC initiatives, and personal protective equipment to minimize exposure to illness. HCS will allocate a portion of these funds to our facilities department to ensure our custodian operations are well equipped to maintain cleanliness in our buildings. We will continue to maintain personal protective equipment such as masks, sanitizing solutions, gloves, and other protective supplies.

Transportation services will be funded in support of instructional programs during regular school days, and to support programs beyond the regular school day. We maintain a cleanliness protocol in our buses that provides for sanitization between each wave of student riders. Instructional services, facilities services, and transportation services will all be part of Huntsville City Schools plan to address learning loss experienced over the last year. Upon receiving our approved plan and budget for our learning loss initiative from the State Department of Education, we will be free to begin the purchasing process for supplies and materials, software, and other services required to implement our learning loss plan.

These funds are available through September 30, 2023.

4