FILED
2021 Oct-15 AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 9

# Huntsville City School Board joint session

*Updated: 3 hours ago*



HAPPENING NOW
CITY SCHOOL BOARD JOINT SESSION
Huntsville

# Huntsville City School Board joint session

Updated: 3 hours ago



