# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **A.S. et al,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | }   Case No.: 2:21-cv-01369-MHH |
| | } |
| **Huntsville City Board of Education et al,** | } |
| | } |
| **Defendant.** | } |

## ORDER

Before the Court is Plaintiffs' request for a Temporary Restraining Order. The Court sets this matter for a telephone conference at 2:30 p.m. CST on October 28, 2021. Mr. Stephens and counsel of record shall please dial 877-873-8018 and enter access code 5313999 to participate in the call.

**DONE** and **ORDERED** this October 18, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE